# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS, INDIANA

| | |
|---|---|
| JOHN FUTRELL | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO. 1:21-cv-1189 |
| STATE OF INDIANA | ) |
| | ) |
| **Defendant,** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e. and 42 U.S.C. § 1983.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and never received a notice to sue letter. However, was informed that a notice to sue letter was mailed to him on August 21, 2020.

## PARTIES

3. Plaintiff is an African-American male and at all relevant times she resided in the Southern District of Indiana.

4. Defendant is the State of Indiana.

## FACTS

5. Plaintiff began working for the Defendant in January 2015.

6. Plaintiff performed his job well.

7. On May 23, 2019, Plaintiff applied for the Senior System Local Area Network Administrator position.

8. On May 28, 2019, Plaintiff was notified that a Caucasian woman with less experience and seniority was already selected for the position.

9. Plaintiff nor any African American employee had the opportunity to interview for the position.

10. Plaintiff and several African Americans have applied for promotions; none have been promoted.

11. However, there are Caucasian employees with less seniority and experience that are hired directly into management position and or quickly promoted.

12. Defendant has not promoted a single African American person into a senior position for the last fifteen years.

13. Plaintiff was not promoted due to his race.

## COUNT I

14. Plaintiff incorporates by reference paragraphs 1-13.

15. Defendant, as a result of failing promote Plaintiff due to his race, violated 42 U.S.C. § 1983.

## COUNT II

16. Plaintiff incorporates by reference paragraphs 1-13.

17. Defendant, as a result of failing to promote Plaintiff due to his race, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff his cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416